IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
UNITED STATES              )
                           )
          Plaintiff,       )
                           )        1:07cr404 (JCC)
          v.               )
                           )
PAUL GUILD,                )
                           )
          Defendant.       )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum
Opinion, it is hereby ORDERED that:

(1) Defendant's Motion to Dismiss the Indictment for
Violation of his Constitutional Rights Under *Kastigar v. United
States* is held in abeyance until the Court completes the Kastigar
hearing, to be held on January 17 and 18, 2008;

(2) The Clerk of the Court shall forward copies of this
Order and the accompanying Memorandum Opinion to all counsel of
record.

December 18, 2007                 _____/s/_____
Alexandria, Virginia                  James C. Cacheris
                              UNITED STATES DISTRICT COURT JUDGE