IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | 1:07cr404 (JCC) |
| v. | ) | |
| | ) | |
| PAUL GUILD, | ) | |
| | ) | |
|     Defendant. | ) | |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion and in open Court, it is hereby ORDERED that:

    (1) Defendant's Motion to Take Foreign Depositions Pursuant to Fed. R. Crim. P. 15(a) is DENIED;

    (2) Defendant's oral Motion to subpoena ambassadors pursuant to Local Rule 17(D) is DENIED;

    (3) Defendant's oral Motion for Discovery Related to Venue is DENIED;

    (4) The Government is ORDERED to provide Jencks Act material for Kastigar hearing witnesses on or before 10:00 A.M. Wednesday, January 16, 2008;

    (5) The Government is ORDERED to provide Jencks Act material for trial witnesses on or before 5:00 P.M. Thursday, January 17, 2008;

    (6) Defendant is ORDERED to file a Motion with this Court regarding his request for witness testimony via video

conference at trial;

(7) Defendant and the Government are ORDERED to file with the Court memorandum regarding the existence of questions of fact for the jury on the issue of venue on or before January 18, 2008;

(8) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

January 9, 2008  /s/
Alexandria, Virginia  James C. Cacheris
UNITED STATES DISTRICT COURT JUDGE