```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division
```

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | 1:07cr404 (JCC) |
|     v. | ) | |
| | ) | |
| PAUL GUILD, | ) | |
| | ) | |
|     Defendant. | ) | |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion and in Open Court, it is hereby ORDERED that:

    (1) Defendant's Motion to Strike Government's Notice of Expert Witness DENIED;

    (2) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

January 14, 2008                          /s/
Alexandria, Virginia                James C. Cacheris
                              UNITED STATES DISTRICT COURT JUDGE