```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division


UNITED STATES                    )
                                 )
        Plaintiff,               )
                                 )        1:07cr404 (JCC)
        v.                       )
                                 )
PAUL GUILD,                      )
                                 )
        Defendant.               )
```

## O R D E R

For the reasons stated in the accompanying Memorandum Opinion and in Open Court, it is hereby ORDERED that:

(1) Government's Emergency Motion to Quash Subpoenas to USAID is GRANTED as to witnesses requested for January 14, 2008 and RESERVED as to all other subpoenas pending oral arguments on Thursday, January 17, 2008;

(2) Government's Motion to Quash Subpoenas as to AUSA Haynes is RESERVED until Thursday, January 17, 2008, or such time as the appropriate agency official has made a determination under the requisite Touhy regulations;

(3) Parties are ORDERED to submit proposed findings of facts for the Kastigar hearing on or before Wednesday, January 16, 2008 at 12:00 noon;

(4) Parties are ORDERED to submit proposed jury instructions for trial on or before Friday, January 18, 2008, at 5:00 PM;

(5)   The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

January 15, 2008                             /s/
Alexandria, Virginia              James C. Cacheris
                                  UNITED STATES DISTRICT COURT JUDGE