```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division


UNITED STATES                    )
                                 )
       Plaintiff,                )
                                 )         1:07cr404 (JCC)
       v.                        )
                                 )
PAUL GUILD,                      )
                                 )
       Defendant.                )
```

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

  (1) Defendant's Motion to Present Testimony Via Videoconference is GRANTED;

  (2)  The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

```
January 17, 2008                        /s/
Alexandria, Virginia            James C. Cacheris
                                UNITED STATES DISTRICT COURT JUDGE
```