IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES | ) | |
| Plaintiff, | ) ) | |
| | ) | 1:07cr404 (JCC) |
| v. | ) ) | |
| PAUL GUILD, | ) ) | |
| Defendant. | ) | |

### **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion and in Open Court, it is hereby ORDERED that:

(1) Government's Motion for Order Pursuant to 18 USC §3509(e) Regarding Child Victims is GRANTED:

(2) During the testimony of JD1 and JD2, all persons, including members of the press, who do not have a direct interest in the case will be excluded from the courtroom;

(3) JD1, JD2 and their parents or step-parents will be referred to during trial by their first names only;

(4) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

January 23, 2008                    /s/
Alexandria, Virginia          James C. Cacheris
                       UNITED STATES DISTRICT COURT JUDGE