```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division
```

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:07cr404 (JCC) |
| v. | ) | |
| | ) | |
| PAUL GUILD, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion and in Open Court, it is hereby ORDERED that:

   (1) Defendant's Motion to Dismiss the Indictment on the Grounds of Prosecutorial Misconduct is DENIED;

   (2) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.


January 31, 2008                         /s/
Alexandria, Virginia              James C. Cacheris
                          UNITED STATES DISTRICT COURT JUDGE