IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:07cr404 (JCC) |
| v. | ) | |
| | ) | |
| PAUL GUILD, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Motion to Vacate Judgment and for a New Trial is DENIED;

(2) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.


April 25, 2008                                  /s/
Alexandria, Virginia                    James C. Cacheris
                                   UNITED STATES DISTRICT COURT JUDGE